# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 25, 2024

Lyle W. Cayce
Clerk

—————————

No. 24-50255

—————————

CRAIG A. WASHINGTON,

*Plaintiff—Appellant,*

*versus*

STATE BAR OF TEXAS; JUDITH GRES DEBERRY, *in her official and individual capacity*; GEORGE GALLAGHER, *in his official and individual capacity*; TANYA GALINGER, *in her official and individual capacity*; COMMISSION ON LAWYER DISCIPLINE; STATE BAR BOARD OF DIRECTORS,

*Defendants—Appellees.*

————————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-526

————————————————————————

## UNPUBLISHED ORDER

Before ELROD, SOUTHWICK, and HAYNES, *Circuit Judges.*

PER CURIAM:

IT IS ORDERED that Appellee George Gallagher's opposed motion to dismiss the appeal as frivolous is GRANTED.